Lorenzo HENDRICKS, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7013.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Kenneth M. Carpenter, Topeka, KS, for Claimant-Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Leo G. HALE, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7011.

United States Court of Appeals, Federal Circuit.

July 21, 2004.

Kyle E. Chadwick, Washington, DC, Franklin E. White, Jr., Mohrman & Kaardal P.A., Minneapolis, MN, David M. Cohen, Washington, DC, for Respondent-Appellee.

Kenneth M. Carpenter, Topeka, KS, for Claimant-Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.